UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ROBERTO GOMEZ,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>WILLIAM SULLIVAN, Warden,<br><br>　　　　　Respondent. | Case No. CV 05-01207 ABC (JWJ)<br><br>**JUDGMENT** |

　　Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

　　IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice.

DATED:   October 29, 2008

　　　　　　　　　　　　　　　　　　　*Audrey B. Collins*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　　United States District Judge